[No. 10313-7-III. Division Three. May 16, 1991.]

*In the Matter of the Personal Restraint of*
RONALD W. OLSON, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Green, C.J., concurred in by Thompson and Shields, JJ.

[No. 25828-1-I. Division One. May 20, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
DEVELL SINCLAIR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-8-03158-4, Carmen Ortero, J., entered March 7, 1990. *Reversed* by unpublished opinion per Forrest, J., concurred in by Grosse, C.J., and Baker, J.

[No. 25273-9-I. Division One. May 20, 1991.]

PAUL A. WILLERS, *Appellant,* v. SHERRILL J.
SLICHTER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-03338-2, Carol A. Schapira, J., entered November 7, 1989. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Coleman and Pekelis, JJ.